November 13, 1981.

440 A.2d 1245

Commonwealth v. Bureau, Appellant.

Submitted January 6, 1981. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

440 A.2d 1246

Commonwealth v. Campbell, Appellant.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued September 9, 1981. Gwanita G. Hester, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.